**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

K.N.B.,

               Respondent

          v.

M.D.,

               Petitioner

:  No. 64 WAL 2020
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of September, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to the remaining issue. The issues, as stated by petitioner, are:

(1)    In a case of first impression, whether an action under the PVSVIA is governed by the six-year catch-all statute of limitations, as the Superior Court held, rather than the civil two-year statute of limitations applicable to torts?

(2)    In a case of first impression, whether the continuing risk of harm required for a protection order under the PVSVIA must be reasonable and not solely the plaintiff's subjective and unfounded fear of the [Petitioner]?